# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA KENNEDY,**

      **Plaintiff,**

**v.**                                                      **Case No: 6:17-cv-90-Orl-KRS**

**2501 LLC,**

      **Defendant.**

## AMENDED ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **[RENEWED] STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE (Doc. No. 61)**
>
> **FILED:**    **July 22, 2018**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

The parties request that the Court enter their proposed consent decree, reserve jurisdiction to enforce it, and dismiss the case with prejudice. I originally denied the motion because the parties did not attach to the proposed consent decree their agreement regarding attorney's fees and costs. Doc. No. 62. The agreement regarding attorney's fees and costs has now been filed. Doc. No. 63-1. Therefore, I withdraw the earlier order (Doc. No. 62) and enter this amended order.

Under the proposed consent decree, Defendant agrees to take remedial measures to make all readily achievable changes needed to bring the Sabal Palm Plaza into compliance with the Americans with Disabilities Act as described in two reports prepared by Michael F. Kelley, dated March 10, 2017. A final property inspection will take place on or after July 31, 2019. Defendant

also agrees to pay Plaintiff's counsel attorney's fees and costs as set forth in a separate agreement (Doc. No. 63-1).[1]

Accordingly, it is **ORDERED** that the Court adopts the proposed Consent Decree (Doc. No. 61-1), including the incorporated agreement regarding payment of fees and costs (Doc. No. 63-1), as the Consent Decree entered in this case.   The Court reserves jurisdiction to enforce the Consent Decree until September 30, 2019, which is sufficient time for the reinspection to be conducted and any alleged noncompliance with the Consent Decree to be presented to the Court.

It is further **ORDERED** that this case is **DISMISSED** with prejudice.   All pending motions are denied as moot.   The **Clerk of Court** is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida on July 26, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court makes no finding that the fees agreed to are reasonable or that the costs to be paid have actually been incurred.